No. 55. PONCE AND GUAYAMA RAILROAD COMPANY v. PAL-
MIERI.—Appeal from the District Court of Guayama. De-
cided October 2, 1906. Withdrawn on motion of appellant.
*Messrs. Hartzell* and *Rodríguez Serra* for appellant.

No. 39. ROSALY v. THE PEOPLE.—Appeal from the District.
Court of San Juan. Decided October 2, 1906. Appeal dis-
missed by the court of its own motion for failure to comply
with section 54 of the Rules.

No. 32. CENTRAL SAN CRISTÓBAL v. FUERTES.—Appeal from
the District Court of Humacao. Decided October 2, 1906. Ap-
peal dismissed for failure to comply with section 54 of the
Rules.

No. 74. ROSARIO v. LLEÓ.—Appeal from the District Court
of San Juan. Decided October 15, 1906. Appeal dismissed
by the court of its own motion for failure to comply with sec-
tion 54 of the Rules.

No. 67. FRANCO, EX PARTE.—Appeal from the District
Court of Arecibo. Decided October 16, 1906. Appeal dis-
missed by the court of its own motion because a copy of the
notice of appeal was not included in the record. *Mr. Alvarez
Nava* for appellant.